```
          FILED              RECEIVED
          ENTERED            SERVED ON
                     COUNSEL/PARTIES OF RECORD

               DEC 2 1 2016

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
     BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00315-KJD-VCF |
| Plaintiff, | |
| vs. | ORDER TO UNSEAL CRIMINAL INDICTMENT AND PROCEEDINGS |
| CARLOS ARELLANO-RODRIGUEZ, and JOSE CANDELARIO MURO | |
| Defendants. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 21st day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

2